No. 04–10509.  BROOKS v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 04–10512.  ANTONIO v. PEARSON, WARDEN.  Sup. Ct. Va.  Certiorari denied.

No. 04–10513.  WILLIAMS v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 04–10514.  BUTLER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 04–10515.  WARD v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–10516.  WILLIAMS-BEY v. ROBERT.  C. A. 7th Cir.  Certiorari denied.

No. 04–10518.  WARDELL v. NEAL, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 04–10519.  BLAKE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 04–10520.  BRAWLEY v. ROMINE, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 04–10522.  PAUL v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 2d Cir.  Certiorari denied.

No. 04–10523.  MENZIES v. HINKLE, WARDEN.  Sup. Ct. Va.  Certiorari denied.

No. 04–10524.  JOHNSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–10526.  BARLEY v. COOK.  C. A. 4th Cir.  Certiorari denied.

No. 04–10527.  HUMPHRIES v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–10528.  WOODS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.